JOSEPH W. ROBERTS et al., Appellants, *v.* MURNIE FULMER et al., Respondents.

Submitted November 13, 1950; decided November 22, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 277.]

EVELYN DE BAILLET-LATOUR, Respondent, *v.* ALEXANDRE DE BAILLET-LATOUR, Appellant.

Submitted November 13, 1950; decided November 22, 1950.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 428.]